# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

EUGENE RANSOM,                )
                              )
    Plaintiff,              )
                              )
vs.                           )   Case No. CIV-14-0023-F
                              )
PHILLIP CORLEY, et al.,       )
                              )
    Defendants.             )

## ORDER

On February 20, 2014, Magistrate Judge Shon T. Erwin entered a Report and Recommendation (the Report) in this prisoner civil rights matter, recommending that this action be dismissed without prejudice for failure to pay the initial partial filing fee as required by the magistrate judge's order of January 10, 2014. Report at doc. no. 7; order regarding payment at doc. no. 5.

Plaintiff Ransom does not object to paying the fee, but he objects to the Report on the ground that he never received the January 10, 2014 order regarding payment. Plaintiff states that he has had mail-delivery issues of this same type in the past.

All objected to matters have been reviewed *de novo*, and plaintiff's pleadings have been liberally construed. The court construes the objection as a request for an extension of the date on which the initial partial payment of $93.33 is due. So construed, the objection is **GRANTED**. In all other respects the Report is **ADOPTED** and **AFFIRMED**.

The date for the initial partial payment of $93.33 is hereby extended an additional four weeks from today's date. Plaintiff is also advised that he may present copies of this order, and of the Magistrate Judge's order of January 10, 2014, to prison

officials for the purpose of facilitating the payment. The clerk is **DIRECTED** to send plaintiff three copies of this order and of the Magistrate Judge's order of January 10, 2014, so that plaintiff will have extra copies to present to prison officials. As indicated in the Magistrate Judge's order of January 10, 2014, after payment of the initial partial filing fee, the magistrate judge will enter an order directing the agency having custody of plaintiff to collect and forward the monthly payments until the filing fee is paid in full.

Plaintiff is **ADVISED** that failure to comply with the new deadline for payment of the initial partial filing fee will result in dismissal of this action without prejudice.

Dated this 5th day of March, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0023p001.wpd